# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| V. | |
| JAMES JACKSON | Case Number: 4:02CR00094-01-WRW |
| | USM Number: 22693-009 |
| **Date of Previous Judgment:** 11/21/2002 | MARK JESSE |
| (Use Date of Last Amended Judgment, if Applicable) | Defendant's Attorney |

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.

[X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **84** months is reduced to **TIME SERVED (AS OF 03/03/2008) Additionally, immediately upon release from custody, the defendant is ordered to enter and complete a residential substance abuse program to be followed by chemical free living under the guidance and direction of the probation office**.

### I. COURT DETERMINATION OF GUIDELINE RANGE

| | |
|---|---|
| Previous Offense Level (Prior to Departure /Variance/Rule 35): **25** | Amended Offense Level: **23** |
| Criminal History Category: **IV** | Criminal History Category: **IV** |
| Previous Guideline Range: **84** to **105** months | Amended Guideline Range: **70** to **87** months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (Specify):

### III. ADDITIONAL COMMENTS:
The Court recognizes that the BOP and Probation must be given adequate time to arrange for Defendant's release and plan for supervised release. The BOP is directed to take the steps necessary to implement this Order as soon as practical, but not later than 10 days after entry of this Order.

Except as provided above, all provisions of the judgment dated 11/21/2002 shall remain in effect. The Clerk is directed to mail a copy of this Order to Defendant.

**IT IS SO ORDERED.**

| | |
|---|---|
| 03/03/2008 | /s/ Wm. R. Wilson, Jr. |
| Date of Order | Signature of Judge |
| ASAP but not later than 03/13/2008 | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |