PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

FILED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 14 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Name of Offender: James Jackson   Case Number: 4:02CR00094-001 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense: Possession with intent to distribute more than 5 grams of cocaine base

Date of Sentence: November 21, 2002

Sentence: 84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

March 3, 2008: Sentence of imprisonment reduced to time served under 18 U.S.C. § 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living

Type of Supervision: Supervised release   Date Supervision Commenced: March 6, 2006
Expiration Date: March 5, 2012

Asst. U.S. Attorney: John Ray White   Defense Attorney: Mark Jesse

U.S. Probation Officer: Margaret N. Johnson
Phone No.: 501-604-5249

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| Special | **The defendant is ordered to enter and complete a residential substance abuse program to be followed by chemical free living under the guidance and supervision of the probation office.** On March 10, 2008, James Jackson entered a 30-day residential drug treatment program at Recovery Centers of Arkansas in North Little Rock, Arkansas. On March 21, 2008, Mr. Jackson left the program without permission of the Court or probation office. He reported having verbal altercations with a staff member and he was concerned it might escalate to a physical confrontation. Mr. Jackson said he does not regret his decision to leave the program without authorization. Program officials advised that Mr. Jackson's wife had left a McDonald's sack at the facility for the defendant. Inside the sack, staff found a hotel room key for Mr. Jackson. In addition, his wife was seen driving down the street multiple times while Mr. Jackson stood outside to smoke a cigarette. RCA staff cautioned Mr. Jackson about any infractions; however, they did not terminate him from the program. Instead, he chose to walk away. |

Prob 12C    Case 4:02-cr-00094-BSM   Document 28   Filed 04/14/08   Page 2 of 2
                                         -2-                    Petition for Summons for
                                                                Offender Under Supervision

Name of Offender: James Jackson                Case Number: 4:02CR00094-001 WRW

It is requested that a summons be issued and a revocation hearing held. Mr. Jackson is represented by Defense Attorney, Mark Jesse. The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 7, 2008___

_____
Margaret N. Johnson
U.S. Probation Officer

Date:  April 7, 2008

_____
John Ray White
Assistant U.S. Attorney

Date:  4-9-08

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

MNJ/jkr

c: Defense Attorney, Mark Jesse, 221 W. 2d Street, Suite 227, Little Rock, AR 72201
   Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203