IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: John Ray White** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: M. Johnson** |
| **JAMES EDWARD JACKSON** | |
| **counsel: Kim Driggers** | |
| **counsel:** | **Date: June 24, 2008** |

**CASE NO: 4:02CR00094-01-WRW**

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 9:48 a.m.**                                                                                **End: 10:00 a.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; 6 months BOP; 3 years supervised release; deft to be on EM until BOP report date of 8/11/2008 by 2:00 p.m.; amended J&C to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd