IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                                    4:02CR00094-01-WRW

JAMES EDWARD JACKSON

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant.  Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 6 (six) months at a designated Bureau of Prisons correctional facility.  Mr. Jackson is to participate in nonresidential substance abuse treatment during incarceration.   A term of supervised release of three (3) years will follow imprisonment.  The defendant shall participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.  The defendant was remanded into the custody of the U.S. Marshal until electronic monitoring, paid for by the U.S. Probation Office, could be installed.  Mr. Jackson will then be released from custody and allowed to self-report to the designated Bureau of Prisons facility by 2:00 p.m. on Monday, August 11, 2008.   The remaining terms and conditions of Mr. Jackson's supervised release previously imposed remain in full force and effect.

IT IS SO ORDERED this 24th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Jackson.wpd