PROB 12C
ED/AR (2/2005)

Case 4:02-cr-00094-BSM   Document 34   Filed 04/21/09   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 21 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

Name of Offender: James Jackson    Case Number: 4:02CR00094-001 WRW

Name of Sentencing Judicial Officer: Honorable William R. Wilson, Jr.
United States District Judge

| | |
|---|---|
| Offense: | Possession with intent to distribute more than 5 grams of cocaine base |
| Date of Sentence: | November 21, 2002 |
| Sentence: | 84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment |
| | March 3, 2008: Sentence of imprisonment reduced to time served under 18 U.S.C. # 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living, all provisions of judgment dated November 21, 2002, shall remain in effect |
| | March 24, 2008: Revoked, 6 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment |

Type of Supervision: Supervised Release    Date Supervision Commenced: February 6, 2009
Expiration Date: February 5, 2012

Asst. U.S. Attorney: John Ray White    Defense Attorney: To be appointed

U.S. Probation Officer: Robert L. Gwin
Phone No.: 501-604-5270

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition      Nature of Noncompliance

**General**    **The defendant shall refrain from any unlawful use of a controlled substance.**
On March 3, 2009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for marijuana. He signed an admission of drug use form acknowledging he smoked marijuana on February 24, 2009.

On March 6, 2009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for marijuana. He signed an admission of drug use form acknowledging he smoked marijuana on March 1, 2009.

Name of Offender: James Jackson                                Case Number: 4:02CR00094-001 WRW

> On March 19, 2009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for cocaine. He signed an admission of drug use form acknowledging he ingested cocaine on March 15, 2009.

**Special**  **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and abstain from the use of alcohol throughout the course of any treatment.**
Mr. Jackson failed to report for drug testing on February 25, 2009, March 12 and 24, 2009, and April 7, 2009. Mr. Jackson failed to attend his scheduled group counseling session on March 3, 2009, and April 7, 2009.

**2**  **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**
Mr. Jackson failed to submit a written monthly report for February and March 2009 as required by the conditions of his supervision.

**3**  **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**
On March 19 and 24, 2009, Mr. Jackson was instructed to attend the Offender Employment Workshop at the United States Probation Office on March 25, 2009. He failed to attend as instructed.

On April 6, 2009, a home visit was attempted at Mr. Jackson's residence. A request was left with Mr. Jackson's daughter for Mr. Jackson to contact his probation officer. Mr. Jackson has failed to contact his probation officer as instructed.

**5**  **The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.**
Mr. Jackson has failed to find and maintain employment since being released to supervised release on February 6, 2009.

It is requested that a summons be issued and a revocation hearing held. Mr. Jackson previously retained Mark Alan Jesse as counsel. The CJA 23, financial affidavit, could not be completed as Mr. Jackson has failed to report to the probation office as instructed. The Government is represented by Assistant U.S. Attorney John Ray White.

Name of Offender: James Jackson                     Case Number: 4:02CR00094-001 WRW

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _April 13, 2009_

_____                    _____
Robert L. Gwin                                      John Ray White
U.S. Probation Officer                              Assistant U.S. Attorney

Date:   April 13, 2009                              Date:   04/16/09

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

RLG/jkr

c:   Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203