PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 18 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Petition for Summons for Offender Under Supervision
### Supplemental

| | |
|---|---|
| Name of Offender: James Jackson | Case Number: 4:02CR00094-001 WRW |

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense:   Possession with intent to distribute more than 5 grams of cocaine base

Date of Sentence:   November 21, 2002

Sentence:   84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

March 3, 2008:  Sentence of imprisonment reduced to time served under 18 U.S.C. # 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living, all provisions of judgment dated November 21, 2002, shall remain in effect

March 24, 2008:  Revoked, 6 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

| | |
|---|---|
| Type of Supervision:   Supervised Release | Date Supervision Commenced: February 6, 2009<br>Expiration Date: February 5, 2012 |
| Asst. U.S. Attorney: John Ray White | Defense Attorney: Omar Greene |

U.S. Probation Officer: Robert L. Gwin
Phone No.: 501-604-5270

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition | Nature of Noncompliance

**General** | **The defendant shall refrain from any unlawful use of a controlled substance.**
On April 14, 1009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for cocaine. He signed an admission of drug use form acknowledging he ingested cocaine on April 4, through April 13, 2009, daily.

On April 16, 2009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for marijuana. He signed an admission of drug use form acknowledging he smoked marijuana on April 4, 2009.

Name of Offender:  James Jackson                    Case Number:  4:02CR00094-001 WRW

**Special**   **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and abstain from the use of alcohol throughout the course of any treatment.**  Mr. Jackson failed to attend his scheduled group counseling session on April 14, 2009.

On April 17, 2009, Mr. James entered residential treatment at Recovery Centers of Arkansas.  He was unsuccessfully discharged from the program on April 29, 2009.  According to the notification of non-compliance from Recovery Centers of Arkansas, Mr. James had to be prompted to stay awake in his group counseling on several occasions, and he did not demonstrate an interest in being in group counseling.  Mr. Jackson stated to his counselors he had "zero" interest in treatment or recovery and was a distraction in the group, due to his behavior.  According to the report, Mr. Jackson's peers reported he was also still involved with drugs while in the program by using marijuana and also bringing marijuana in to the treatment facility.  The reports were not substantiated but were also a serious distraction to the program.

A summons has been issued and a revocation hearing is scheduled for May 26, 2009.  Mr. Jackson has been appointed Assistant Federal Public Defender Omar Greene as counsel.  The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____                           _____
Robert L. Gwin                                      John Ray White
U.S. Probation Officer                              Assistant U.S. Attorney

Date:  May 8, 2009                                  Date:  05/15/09

This form is to be filed with Criminal Docketing as a motion.

Prob 12C -3- Petition for Summons for
Offender Under Supervision

Name of Offender: James Jackson  Case Number: 4:02CR00094-001 WRW

Approved:

_Alan Schornef_
Supervising U.S. Probation Officer

RLG/kyj

c: Assistant Federal Public Defender, Omar Greene, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203