PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas

Petition for Summons for Offender Under Supervision
Supplemental



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 26 2009

JAMES W. McCORMACK CLERK
By: _____
DEP CLERK

| | |
|---|---|
| Name of Offender: James Jackson | Case Number: 4:02CR00094-001 WRW |

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense:   Possession with intent to distribute more than 5 grams of cocaine base

Date of Sentence:   November 21, 2002

Sentence:   84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

March 3, 2008: Sentence of imprisonment reduced to time served under 18 U.S.C. 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living, all provisions of judgment dated November 21, 2002, shall remain in effect

March 24, 2008: Revoked, 6 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

June 18, 2009: Revocation hearing- continued for 90 days

Type of Supervision:   Supervised Release   Date Supervision Commenced: February 6, 2009
Expiration Date: February 5, 2012

Asst. U.S. Attorney: John Ray White   Defense Attorney: Teresa Bloodman

U.S. Probation Officer: Robert L. Gwin
Phone No.: 501-604-5270

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition   Nature of Noncompliance

**General**   **The defendant shall refrain from any unlawful use of a controlled substance.**
On June 26, 1009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for marijuana. He signed an admission of drug use form acknowledging he smoked marijuana on June 24, 2009.

Name of Offender: James Jackson                Case Number: 4:02CR00094-001 WRW

        On July 8, 2009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for marijuana. He signed an admission of drug use form acknowledging he smoked marijuana on July 4, 2009.

        On August 17, 2009, Mr. Jackson reported to the probation office and submitted a drug screen which tested positive for marijuana and cocaine. He signed an admission of drug use form acknowledging he smoked marijuana and ingested cocaine on August 15, 2009.

        Mr. Jackson reports he has been participating in the Hoover Center Outpatient Treatment Program.

**Special**    **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and abstain from the use of alcohol throughout the course of any treatment.**
Mr. Jackson failed to report for random drug testing on May 21; July 27 and 30; and August 12, 2009.

**2**    **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**
Mr. Jackson failed to submit a written report for June and July 2009 as required by the conditions of his supervision.

It is requested this information be included with the previously reported violations dated May 8, 2009. A summons was issued and a revocation hearing was held June 18, 2009. The revocation hearing was continued until September 29, 2009. Mr. Jackson has retained Teresa Bloodman as counsel. The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  August 24, 2009

_____                   _____
Robert L. Gwin                              John Ray White
U.S. Probation Officer                      Assistant U.S. Attorney

Date:  August 24, 2009                      Date:  08/24/09

---

This form is to be filed with Criminal Docketing as a motion.

Prob 12C                              -3-                        Petition for Summons for
                                                                 Offender Under Supervision

Name of Offender: James Jackson                 Case Number: 4:02CR00094-001 WRW

Approved:

*/s/ Alan Scharnel/*

Supervising U.S. Probation Officer

RLG/jkr

cc: Teresa Bloodman, P.O. Box 13641, Maumelle, AR 72113
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203