# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Summons for Offender Under Supervision
### Supplemental

Name of Offender: James Jackson                     Case Number: 4:02CR00094-001 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
                                        United States District Judge

Offense:             Possession with intent to distribute more than 5 grams of cocaine base

Date of Sentence:    November 21, 2002

Sentence:            84 months Bureau of Prisons, 4 years supervised release, mandatory drug
                     testing, substance abuse treatment, and $100 special penalty assessment

                     March 3, 2008: Sentence of imprisonment reduced to time served under
                     18 U.S.C. 3582(c)(2), and immediately enter and complete residential
                     substance abuse treatment followed by chemical free living, all provisions of
                     judgment dated November 21, 2002, shall remain in effect

                     March 24, 2008: Revoked, 6 months Bureau of Prisons, 36 months
                     supervised release, mandatory drug testing, substance abuse treatment, and
                     $100 special penalty assessment

                     June 18, 2009: Revocation hearing- continued for 90 days

Type of Supervision:  Supervised Release         Date Supervision Commenced: February 6, 2009
                                                 Expiration Date: February 5, 2012

Asst. U.S. Attorney: John Ray White              Defense Attorney: Teresa Bloodman

U.S. Probation Officer: Robert L. Gwin
Phone No.: 501-604-5270

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition        Nature of Noncompliance

**General**      **The defendant shall refrain from any unlawful use of a controlled substance.**
                 On September 9, 2009, Mr. Jackson submitted a urine specimen during a home visit
                 which tested positive for cocaine and marijuana. He also admitted to using ectasy. He
                 signed an admission of drug use form acknowledging he ingested all three substances on
                 September 8, 2009.

Name of Offender: James Jackson                Case Number: 4:02CR00094-001 WRW

| | |
|---|---|
| **Special** | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and abstain from the use of alcohol throughout the course of any treatment.** <br> Mr. Jackson failed to report for random drug testing on August 25 and 31, and September 4, 2009. |
| **2** | **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** <br> Mr. Jackson failed to submit a written report for August 2009 as required by the conditions of his supervision. |
| **3** | **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.** <br> On August 27, 2009, during telephone contact with Mr. Jackson, he was instructed to report to the U.S. Probation Office on August 28, 2009, for drug testing. Mr. Jackson failed to report on August 28, 2009, as directed. |

It is requested this information be included with the previously reported violations dated May 8, and August 24, 2009. A summons was previously issued and a revocation hearing was held June 18, 2009. The revocation hearing was continued until September 29, 2009. Mr. Jackson has retained Teresa Bloodman as counsel. The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _September 25, 2009_

_____           _____
Robert L. Gwin                          John Ray White
U.S. Probation Officer                  Assistant U.S. Attorney

Date:   September 25, 2009              Date:   09/25/09

---

This form is to be filed with Criminal Docketing as a motion.

Prob 12C    Case 4:02-cr-00094-BSM   Document 55   Filed 09/25/09   Page 3 of 3
Petition for Summons for
Offender Under Supervision

Name of Offender:  James Jackson                    Case Number:  4:02CR00094-001 WRW

Approved:

_____
Supervising U.S. Probation Officer

RLG/khm

cc: Teresa Bloodman, P.O. Box 13641, Maumelle, AR 72113
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203