PROB 12C
ED/AR (2/2005)




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 24 2009

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Summons for Offender Under Supervision
### Supplemental

Name of Offender: James Jackson                    Case Number: 4:02CR00094-001 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
                                       United States District Judge

Offense:          Possession with intent to distribute more than 5 grams of cocaine base

Date of Sentence: November 21, 2002

Sentence:         84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

                  March 3, 2008: Sentence of imprisonment reduced to time served under 18 U.S.C. 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living, all provisions of judgment dated November 21, 2002, shall remain in effect

                  March 24, 2008: Revoked, 6 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

                  June 18, 2009: Revocation hearing continued for 90 days

                  September 29, 2009: Revocation hearing continued for 45 days due to offender being in detox

                  November 10, 2009: Revocation hearing continued to November 25, 2009, due to offender reportedly being in residential treatment

                  November 10, 2009: Revocation hearing continued to December 18, 2009, due to offender reportedly being in residential treatment until November 28, 2009

Type of Supervision:  Supervised Release        Date Supervision Commenced: February 6, 2009
                                                Expiration Date: February 5, 2012

Asst. U.S. Attorney: John Ray White             Defense Attorney: Teresa Bloodman

U.S. Probation Officer: Robert L. Gwin
Phone No.: 501-604-5270

---

### PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Name of Offender: James Jackson                Case Number: 4:02CR00094-001 WRW

| Condition | Nature of Noncompliance |
|---|---|
| **Special** | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling and/or residential treatment and abstain from the use of alcohol throughout the course of any treatment.** <br> On September 30, 2009, an admission letter was received from Hoover Center, signed by Mr. Jackson's counselor/court liaison, which indicated Mr. Jackson was admitted to the Hoover Center "residential treatment program" on that date, after his release from Mid-Ark detox facility. Mr. Jackson reportedly was to be in the program a minimum of 60 days to complete residential treatment. In the event Mr. Jackson was to leave or be discharged prior to his completion date, Mr. Jackson's counselor was to notify the U.S. Probation Office. On October 29, 2009, contact was made with Mr. Jackson's counselor at Hoover House who reported Mr. Jackson remained in residential treatment. On November 12, 2009, a progress report dated November 10, 2009, was received from Teresa Bloodman, attorney for Mr. Jackson, via e-mail which had been drafted by Mr. Jackson's counselor reporting Mr. Jackson was still in Hoover Center's "residential treatment program". It was reported Mr. Jackson had not caused any problems and seemed to be doing well. Mr. Jackson's expected completion date was given as November 28, 2009. On November 17, 2009, contact was made with the Treatment Coordinator at Hoover Center. It was determined that Mr. Jackson never entered or participated in residential treatment at Hoover Center as reported by his counselor. The counselor was contacted via telephone by Treatment Coordinator and admitted he fabricated the two progress reports which he had submitted reporting Mr. Jackson was in residential treatment. |
| 2 | **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** <br> Mr. Jackson failed to submit a written report for September and October 2009 as required by the conditions of his supervision. |
| 3 | **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.** <br> On September 29, 2009, during telephone contact with Mr. Jackson, he was instructed to report his whereabouts upon entering residential treatment and sign the appropriate release of information. Mr. Jackson has failed to report to the U.S. Probation Office as instructed. <br><br> On November 10, 2009, contact was made with Mr. Jackson's daughter via telephone. It was requested Mr. Jackson report to the U.S. Probation Office on November 12, 2009. Mr. Jackson failed to report as instructed. |

Prob 12C -3- Petition for Summons for
Offender Under Supervision

Name of Offender: James Jackson                              Case Number: 4:02CR00094-001 WRW

It is requested this information be included with the previously reported violations dated May 8; August 24; and September 25, 2009. A summons was previously issued and a revocation hearing was held June 18, 2009. The revocation hearing has been continued on two occasions until December 18, 2009, based upon reported information of Mr. Jackson being in residential treatment. Mr. Jackson has retained Teresa Bloodman as counsel. The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 19, 2009_

_____          _____
Robert L. Gwin                              John Ray White
U.S. Probation Officer                  Assistant U.S. Attorney

Date:  November 19, 2009           Date:  11/23/09

---

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

RLG/pjb

cc: Teresa Bloodman, P.O. Box 13641, Maumelle, AR 72113
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203