PROB 12C
ED/AR (2/2005)

# United States District Court
for the
Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 21 2009

JAMES W. McCORMACK, CLERK
BY: _____ DEP CLERK

## Petition for Summons for Offender Under Supervision
Supplemental

Name of Offender: James Jackson          Case Number: 4:02CR00094-001 WRW

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
                                       United States District Judge

Offense:        Possession with intent to distribute more than 5 grams of cocaine base

Date of Sentence:   November 21, 2002

Sentence:       84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

                March 3, 2008: Sentence of imprisonment reduced to time served under 18 U.S.C. 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living, all provisions of judgment dated November 21, 2002, shall remain in effect

                March 24, 2008: Revoked, 6 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

                June 18, 2009: Revocation hearing continued for 90 days

                September 29, 2009: Revocation hearing continued for 45 days due to offender being in detox

                November 10, 2009: Revocation hearing continued to November 25, 2009, due to offender reportedly being in residential treatment

                November 10, 2009: Revocation hearing continued to December 18, 2009, due to offender reportedly being in residential treatment until November 28, 2009

                November 24, 2009: Revocation hearing scheduled for December 22, 2009, at 10:00 a.m.

Type of Supervision:   Supervised Release      Date Supervision Commenced: February 6, 2009
                                               Expiration Date: February 5, 2012

Asst. U.S. Attorney: John Ray White            Defense Attorney: Teresa Bloodman

U.S. Probation Officer: Robert L. Gwin
Phone No.: 501-604-5270

Name of Offender:  James Jackson                Case Number:  4:02CR00094-001 WRW

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| 2 | **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** Mr. Jackson failed to submit a written report for November 2009 as required by the conditions of his supervision. |
| 3 | **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.** On November 24, 2009, a home visit was attempted at Mr. Jackson's residence. No one answered the door, and written instructions were left at the residence addressed to Mr. Jackson, advising him to contact his probation officer as soon as possible. To date, he has failed to report as required.<br><br>On December 14, 2009, a notice was mailed to Mr. Jackson directing him to contact his probation officer as soon as possible. To date, Mr. Jackson has failed to respond as instructed by his probation officer. |
| **Special** | **The defendant shall participate, if deemed necessary by the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. The defendant shall abstain from the use of alcohol throughout the course of treatment.** On December 2 and 11, 2009, Mr. Jackson failed to report to the U.S. Probation Office for a random drug test. |

It is requested this information be included with the previously reported violations dated May 8; August 24; September 25; and November 19, 2009. A summons was previously issued and a revocation hearing was held June 18, 2009. The revocation hearing has been continued on two occasions based upon reported information of Mr. Jackson being in residential treatment. Mr. Jackson's next revocation hearing is scheduled for December 22, 2009. Mr. Jackson has retained Teresa Bloodman as counsel. The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 17, 2009_

_____                                _____
Robert L. Gwin                                           John Ray White
U.S. Probation Officer                                   Assistant U.S. Attorney

Date:  December 17, 2009                                 Date: 12/21/09

Name of Offender: James Jackson                     Case Number: 4:02CR00094-001 WRW

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer


RLG/khm

cc: Teresa Bloodman, P.O. Box 13641, Maumelle, AR 72113
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203