PROB 12C
ED/AR (2/2005)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 13 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Warrant for Offender Under Supervision

Name of Offender: James Edward Jackson               Case Number: 4:02CR00094-001 BRW

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                        United States District Judge

Offense:            Possession with Intent to Distribute more than 5 grams of Cocaine Base

Date of Sentence:   November 21, 2002

Sentence:           84 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

                    March 3, 2008: Sentence of imprisonment reduced to time served under 18 U.S.C. 3582(c)(2), and immediately enter and complete residential substance abuse treatment followed by chemical free living, all provisions of judgment dated November 21, 2002, shall remain in effect

                    March 24, 2008: Revoked, 6 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

                    September 29, 2009: Revocation hearing continued for 45 days due to offender being in detox

                    November 10, 2009: Revocation hearing continued to November 25, 2009, due to offender reportedly being in residential treatment

                    November 10, 2009: Revocation hearing continued to December 18, 2009, due to offender reportedly being in residential treatment until November 28, 2009

                    January 26, 2010: Revoked, 13 months Bureau of Prisons, 36 months supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment.

Type of Supervision:  Supervised Release      Date Supervision Commenced: December 1, 2010
                                              Expiration Date: November 30, 2013

Asst. U.S. Attorney: John Ray White           Defense Attorney: To be assigned

U.S. Probation Officer: Paul A. Washington
Phone No.: 501-604-5282

Prob 12C -2- Petition for Warrant for
Offender Under Supervision

James Edward Jackson	Case Number: 4:02CR00094-001 BRW

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition | Nature of Noncompliance
---|---

**General** — **The defendant shall not commit another federal, state, or local crime.**
On May 25, 2011, the defendant was arrested and charged with possession of marijuana second offense and possession of xanax.

According to the fact statement provided by the Pulaski County Prosecuting Attorney's office, a detective of the Little Rock Police Department applied for, and received a search warrant for the defendant's residence located at 2522 S. Cross Street, in Little Rock.

On May 25, 2011, members of the Little Rock Police Department executed the search warrant for the residence. Upon arrival, detectives located **James Jackson**, and his wife inside the residence. The following items were seized and later stored as evidence: A box of baggies, and a scale, located in a kitchen drawer, 2 scales, three bags of green vegetable matter and green vegetable located on the dinning room table, four pills located in a bedroom dresser, $2,073.00 in currency, located by the detective in pants pocket on the living room floor, a bag of green vegetable matter and green vegetable matter located on the south bedroom night stand, and a bag of green vegetable matter and green vegetable matter located on the south central bedroom bed.

A field test was performed on a small portion of the green vegetable matter and received a positive reaction for marijuana.

**Mr. Jackson** was transported to the Little Rock Police Department where he was advised of his rights. **Mr. Jackson** advised he understood his rights and signed the form and the waiver of rights, but did not give a formal statement. He was charged with possession of marijuana (second offense) and possession of xanax and transported to Pulaski County Detention and held. He was released to a $3000 bond. This case was filed direct to Pulaski County Circuit Court in Dkt. No. CR112385 as possession of controlled substance (two counts) and possess/ use deliver drug paraphernalia . A hearing is scheduled for April 18, 2012.

On January 9, 2012, **Mr. Jackson** failed to appear for court in Pulaski County Circuit Court and was charged in Dkt. No. CR-12-65. A hearing in this matter is scheduled for April 18, 2012.

Prob 12C                                -3-                            Petition for Warrant for
Offender Under Supervision

James Edward Jackson                                 Case Number:  4:02CR00094-001 BRW

On February 16, 2012, an arrest warrant was issued for **Mr. Jackson** due to the below listed unrelated charges. This warrant was served on February 23, 2012. Mr. Jackson is currently detained at the Pulaski County Jail.

According to the narrative information provided by the Pulaski County Prosecuting Attorney's Office, a search warrant was obtained by the Little Rock Police Department for a residence located at 1623 Marion, in North Little Rock.

On December 16, 2011, the Little Rock Police Department assisted by the North Little Rock Police executed the warrant. Upon entry to the residence, **Mr. Jackson** and his wife were found in a south bedroom of the residence. Also in the home were the defendant's mother, Aleen Daniels (4:CR00153) and four other individuals in various locations.

A search was initiated and revealed mail addressed to **Mr. Jackson's** mother, a red tub containing loose marijuana, a silver grinder, zig- zag wraps, Swisher Sweet cigars, an empty plastic bag, a Glock .45 caliber handgun, and a Glock .40 caliber handgun magazine. It should be noted records checks revealed the Glock handgun to be stolen.

**James Jackson** and his mother were transported to the North Little Rock Police Department to be processed. **Mr. Jackson**, post Miranda, advised that he purchased the Glock handgun from a unknown black male on the street corner around October for his wife to have protection.

It should be noted that the place of arrest is **Mr. Jackson's** mother's residence where **Mr. Jackson** also reported he resides. **Mr. Jackson's** mother was also arrested this day and charged with maintaining a drug premises, possession of drug paraphernalia (2 counts), and possession of a controlled substance. Charges were filed in Pulaski County Circuit Court against **Mr. Jackson** for possession of firearms by certain persons and theft by receiving (Dkt. No. CR-12-463) on February 24, 2012, and he is scheduled for plea and arraignment on April 9, 2012.

**The defendant shall not illegally possess a controlled substance.**
On May 25, 2011, **Mr. Jackson** was arrested and charged with possession of marijuana second offense and possession of xanax. There was evidence found in the residence including narcotics, which would suggest that **Mr. Jackson** was illegally in possession of controlled substance.

Prob 12C                                    -4-                              Petition for Warrant for
                                                                             Offender Under Supervision

James Edward Jackson                                          Case Number:  4:02CR00094-001 BRW

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**
On December 1, 2011, **Mr. Jackson** was arrested and charged with possession of firearms by a certain person, and theft by receiving. His statement to the police that he purchased the weapon would indicate that he possessed the above mentioned handgun.

**The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**
On May 25, 2011, the defendant was arrested and charged with possession of marijuana second offense and possession of xanax. There was evidence found in the home where **Mr. Jackson** was arrested, including narcotics that is associated with the sale, distribution and use of controlled substances.

**The defendant shall refrain from any unlawful use of a controlled substance.**
On February 15, 2011, **Mr. Jackson** reported to the probation office and submitted a drug screen which tested positive for marijuana. He signed an admission of drug use form acknowledging he smoked marijuana on February 9, 2011.

On February 22, 2011, **Mr. Jackson** reported to the probation office and submitted a drug screen which tested positive for marijuana.

On April 5, 2011, **Mr. Jackson** reported to the probation office and submitted a drug screen which tested positive for marijuana.

On May 6, 2011, **Mr. Jackson** reported to the probation office and submitted a drug screen which tested positive for marijuana.

On October 24, 2011, **Mr. Jackson** reported to the probation office and submitted a drug screen which tested positive for marijuana, cocaine, and Opiates. He signed an admission of drug use form acknowledging he smoked marijuana, powder cocaine, and Hydrocodone.

Special      **The defendant shall participate, if deemed necessary by the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. The defendant shall abstain from the use of alcohol throughout the course of treatment.**
Mr. Jackson failed to report for code-a-phone drug testing on February 7, March 11, March 28, April 18, 2011. **Mr. Jackson** failed to attend scheduled group counseling through Recovery Centers of Arkansas on October 6, October 13, December 1, and December 15, 2011, and January 5, 2012, and was discharged unsuccessfully March 9, 2012 due to his failure to attend as scheduled.

Prob 12C                           -5-                      Petition for Warrant for
                                                            Offender Under Supervision

James Edward Jackson                            Case Number: 4:02CR00094-001 BRW

Based on **Mr. Jackson's** continued non-compliance with his conditions of supervision, criminal behavior and recent arrests, he would be considered a danger to the community as well as himself. It is requested that a warrant be issued in the form of a detainer and a revocation hearing held. **Mr. Jackson** was previously represented by Defense Attorney, Teresa Bloodman. The Government is represented by Assistant U.S. Attorney John Ray White.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-12-12

_____        _____
Paul A. Washington                      John Ray White
U.S. Probation Officer                  Assistant U.S. Attorney

Date: 3-12-12                           Date: 04/12/12

This form is to be filed with Criminal Docketing as a motion.

Approved:

_____
Supervising U.S. Probation Officer

PAW

c:  Assistant U.S. Attorney John Ray White, P.O. Box 1229, Little Rock, AR 72203